IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **EDWARD M. McBRIDE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CASE NO.   14-894-SCW |
| | ) | |
| **DR. NATHAN CHAPMAN, S.A. GODINEZ, THOMAS SPILLER, WEXFORD HEALTH SOURCES, INC., CHRISTINE BROWN, BRANDI LITTE and DOUG SIMMONS,** | ) ) ) ) | |
| | ) | |
| **Defendant(s).** | | |

**JUDGMENT IN A CIVIL CASE**

Defendants S. A. Godinez, Wexford Health Sources, Inc. and Christine Brown, were dismissed with prejudice on September 16, 2014 by an Order entered by Chief Judge Michael J. Reagan (Doc. 8).

Defendants Thomas Spiller was substituted on April 14, 2016 by United States Magistrate Judge Stephen C. Williams (Doc. 86).

Defendants Dr. Nathan Chapman, Brandi Little and Doug Simmons were granted summary judgment on March 6, 2017 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 127).

**THEREFORE**, judgment is entered in favor of Defendants **DR. NATHAN CHAPMAN, S. A. GODINEZ, THOMPAS SPILLER, WEXFORD HEALTH SOURCES, INC., CHRISTINE BROWN, BRANDI LITTLE** and **DOUG SIMMONS** and against Plaintiff **EDWARD M. McBRIDE** .

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this

judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.    These deadlines for motions under Rule 59 cannot be extended by the Court.    The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal.    This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 6th day of March, 2017

**JUSTINE FLANAGAN, ACTING CLERK**

**BY:** */s/ Angela Vehlewald*
            **Deputy Clerk**

**Approved by**   */s/ Stephen C. Williams*
            **United States Magistrate Judge**
            **Stephen C. Williams**